UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-MC-00043-MCE-AC |
|---|---|
| Plaintiff, | No. 2:11-CR-00353 MCE |
| v. | **RELATED CASE ORDER** |
| ANTHONY SALCEDO, | |
| Defendant. | |

The Court received the Notice of Related Case filed on March 4, 2016 (ECF No. 255).

Examination of the above-entitled civil and criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based on the same or similar claims, the same property transactions or events, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

///

1    The parties should be aware that relating the cases under Local Rule 123 merely
2 has the result that both actions are assigned to the same judge; no consolidation of the
3 action is effected.  Under the regular practice of this court, related cases are generally
4 assigned to the district judge and magistrate judge to whom the first filed action was
5 assigned.
6    IT IS SO ORDERED.
7 Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT