BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ANTHONY SALCEDO,<br><br>    Defendant and Judgment Debtor, | CASE NO.: 2:16-MC-00043-MCE-AC<br><br>[~~Proposed~~] **ORDER**<br><br>CRIMINAL CASE NO.: 2:11-CR-00353-MCE |
| BANK OF AMERICA, N.A.,<br><br>                Garnishee. | |

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that the:

1. Writ of Garnishment previously issued on February 26, 2016 against Anthony Salcedo is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and

2. Clerk of Court shall close this miscellaneous case.

IT IS SO ORDERED.

Dated: April 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER